**CATER v. BARKER**

[360 N.C. 357 (2006)]

DIANNE CATER AND LYNNE O'CONNOR v. CATHERINE BARKER (NOW McKEON)

No. 546A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 172 N.C. App. 441, 617 S.E.2d 113 (2005), affirming an order granting summary judgment to plaintiffs entered 18 March 2004 by Judge Zoro J. Guice, Jr. in Superior Court, Macon County. Heard in the Supreme Court 14 February 2006 without oral argument pursuant to Rule 30(d) of the Rules of Appellate Procedure.

*Ronald Stephen Patterson, P.A., by Ronald Stephen Patterson, for plaintiff-appellees.*

*Creighton W. Sossomon for defendant-appellant.*

PER CURIAM.

AFFIRMED.